THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

    Plaintiff,

v.

SWAN'S MOVING & STORAGE CO. INC., a Washington corporation,

    Defendant,

v.

WASHINGTON FEDERAL,

    Garnishee-Defendant.

NO. MS14-017-RSL

JUDGMENT ON GARNISHEE ANSWER

**Summary of Judgment**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Swan's Moving & Storage Co. Inc. |
| Garnishee-Defendant | Washington Federal |
| Garnishment Judgment Amount: | $35,242.61 |
| Estimated Garnishment Costs: | $149.00 |
| Attorneys Fees: | $250.00 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | Three percent (3%) per annum |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, Pedersen, McCarthy & Ballew, L.L.P. |

JUDGMENT ON GARNISHEE ANSWER – MS14-017-RSL
Page 1 of 3
G:\01-01999\512\Swans Moving 404877 5-09-7-13\Garnishment - Judgment on Garnishee Answer.doc

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

THIS MATTER coming on for consideration upon Plaintiff's application of Judgment Creditor, for judgment on the answer of Garnishee-Defendant; it appearing that Garnishee-Defendant has filed its answer herein stating that it holds funds of the Judgment-Debtor, Swan's Moving & Storage Co. Inc., in the sum of $35,242.61; that judgment Creditor has judgment unsatisfied against the Judgment Debtor in the total amount of $131,568.40, plus post-judgment interest at the rate of 0.11% per annum until paid in full; that Judgment Creditor's attorneys' fees in the amount of $250.00 and costs in the amount of $149.00 in this garnishment action are stated above; that more than twenty (20) days have elapsed since service of the Writ of Garnishment and Garnishee Defendant's answer thereto: that signed affidavit or return of service of the Writ of Garnishment, Application for Writ of Garnishment including a copy of the judgment entered in this action, indicating service upon the Judgment Debtor either by personal service or by Certified mail, is on file herein now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment Creditor shall have judgment against the Garnishee-Defendant in the sum of $35,242.61; such funds to be first applied in satisfaction of the costs and fees taxable herein;

2. Upon payment by Garnishee-Defendant of the aforementioned sum to the registry of this Court, said Garnishee-Defendant shall be discharged from this action. Upon receipt of said sum, the Clerk of the court shall enter full satisfaction of the judgment against Garnishee-Defendant.

3. Judgment Creditor shall have judgment against the Judgment Debtor for attorneys' fees and costs in this garnishment action in the sum of $399.00;

JUDGMENT ON GARNISHEE ANSWER – MS14-017-RSL
Page 2 of 3
G:\01-01999\512\Swans Moving 404877 5-09-7-13\Garnishment - Judgment on Garnishee Answer.doc

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

said sum shall be added to Judgment Creditor's prior judgment against Judgment Debtor.

4. Upon receipt of the aforementioned payment from the above Garnishee-Defendant, the clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $35,242.61, plus all accrued interest, minus any statutory user fees, payable to *Western Conference of Teamsters Pension Trust Fund*, c/o Reid, Pedersen, McCarthy & Ballew, L.L.P., 100 West Harrison Street, North Tower, Suite 300, Seattle WA 98119, and mail or deliver the check to Reid, Pedersen, McCarthy & Ballew, L.L.P., ATTN: Russell J. Reid, 100 West Harrison Street, North Tower, Suite 300, Seattle WA 98119.

5. Upon receipt of said sum, Plaintiff's attorney shall cause an appropriate satisfaction of judgment to be filed as to the principal Defendant.

JUDGMENT ENTERED this ____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE

Presented for Entry by:

_____
Russell J. Reid, WSBA #2560
of Reid, Pedersen, McCarthy & Ballew, L.L.P.
Attorneys for Plaintiff

JUDGMENT ON GARNISHEE ANSWER – MS14-017-RSL
Page 3 of 3
G:\01-01999\512\Swans Moving 404877 5-09-7-13\Garnishment - Judgment on Garnishee Answer.doc

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925