# REID, PEDERSEN, McCARTHY & BALLEW, L.L.P.

## ATTORNEYS AT LAW

Russell J. Reid
Michael R. McCarthy
David W. Ballew
Thomas A. Leahy
John Lee

www.rpmb.com

April 10, 2014

FILED ___
LODGED ___
RECEIVED ___

**MAIL**

APR 1 4 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Washington Federal
Attention: Branch Manager/V.P.
1500 Cornwall Avenue
Bellingham WA 98225

Re:   Northwest Administrators, Inc. v. Swan's Moving & Storage Co., Inc.
      USDC Cause No. MS 14-0017-RSL

Dear Gentlemen/Ladies:

A representative from your company filed an answer, a copy of which is enclosed, regarding the above garnishment. This letter is to advise you that judgment was entered on your firm's answer on April 9, 2014, and provides as follows (a copy of the judgment is enclosed for your reference):

**ORDERED, ADJUDGED AND DECREED** as follows:

1. **Judgment Creditor** shall have judgment against the Garnishee-Defendant in the sum of $35,242.61; such funds to be first applied in satisfaction of the costs and fees taxable herein.

2. Upon payment by the Garnishee-Defendant of the aforementioned sum into the registry of this Court, said Garnishee-Defendant shall be discharged from this action. Upon receipt of said sum, the Clerk of the Court shall enter full satisfaction of the Judgment against Garnishee-Defendant.

Please forward a cashier's check in the total sum of $35,242.61 payable to "Western Conference of Teamsters Pension Trust Fund" to this **LAW OFFICE**, Attention: Russell J. Reid. Upon receipt of payment, we will satisfy the judgment against the Defendant in the amount of funds received.

Your prompt response will avoid additional interest charges from accruing. Thank you for your courtesies in this matter.

Yours very truly,

Russell J. Reid

RJR:sa
Enclosure
cc:   Clerk of the Court
G:\01-01999\512\Swans Moving 404877 5-09-7-13\Garn Def - Release Funds .doc

14-MC-00017-LTR